JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS OVALLE, | Case No. 8:22-cv-02198-MCS-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ORANGE COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action Without Prejudice for Lack of Prosecution, IT IS ADJUDGED that the Complaint and this entire action is dismissed without prejudice.

DATED: March 9, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE